TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
_thatfield@hatfieldlawassociates.com_

_Attorney for Plaintiff_

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| TOD FARMER, an individual, | CASE NO: 2: 18-CV-00155-RFB-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND TO EXTEND TIME FOR DEFENDANT'S REPLY** |
| ARUZE GAMING AMERICA, INC., a Domestic Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | **(First Request)** |

COMES NOW, Plaintiff, TOD FARMER (hereinafter "Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates, Ltd., and Defendant AZURE GAMING AMERICA, INC. (hereinafter "Defendant"), by and through its counsel, Littler Mendelson, P.C., and do hereby stipulate and agree to an extension of time for Plaintiff to respond to Defendant's Motion to Dismiss (ECF #5). Accordingly, Plaintiff shall have up to and including April 20, 2018 to respond to Defendant's Motion to Dismiss (ECF #5) and Defendant shall have up to and including May 4, 2018 to reply. This is the parties' first request.

Plaintiff's response to Defendant's Motion to Dismiss is currently due March 23, 2018. Plaintiff's counsel requests the extension due to conflicts in his work schedule and his pending vacation beginning March 24, 2018. Defendant's counsel will also be on vacation when Defendant's reply would be due on or about March 30, 2018.

This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and 26-4 and is the parties' first request for an extension concerning an extension of the time for Plaintiff to respond to dispositive motions deadline.

Dated: March 19, 2018                          Dated: March 19, 2018

HATFIELD & ASSOCIATES, LTD.          LITTLER MENDELSON, P.C.


  /s/ *Trevor J. Hatfield*                          */s/ Kaitlyn M. Burke*
_____          _____
Trevor J. Hatfield, Esq.                          Kaitlyn M. Burke, Esq.
Nevada Bar No. 7373                          Nevada Bar No. 13454
703 S. Eighth St.                          3960 Howard Hughes Parkway
Las Vegas, NV 89101                          Suite 300
(702) 388-4469 Tel.                          Las Vegas, NV 89169
(702) 386-9825 Fax                          (702) 862-8800 Tel.
thatfield@hatfieldlawassociates.com          (702) 862-8811 Fax
*Attorney for Plaintiff*                          kmburke@littler.com
                                             *Attorneys for Defendant*


**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 21st day of March, 2018.

2