WENDY M. KRINCEK, ESQ., Bar #6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169
Telephone: 702.862.8800
Facsimile: 702.862.8811
Email: wkrincek@littler.com
Email: kmburke@littler.com

Attorneys for Defendant ARUZE GAMING AMERICA, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TOD FARMER,<br><br>    Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC. a Domestic Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>    Defendant. | Case No. 2:18-cv-00155-RFB-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Defendant, AZURE GAMING AMERICA, INC. (hereinafter "Defendant"), and Plaintiff, TOD FARMER ("Plaintiff"), by and through their respective attorneys of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Each party shall bear its own costs and attorney's fees.

Dated: May 29, 2018                     Dated: May 29, 2018

Respectfully submitted,                 Respectfully submitted,

 /s/ Trevor Hatfield                    /s/ Kaitlyn M. Burke
TREVOR HATFIELD, ESQ.                   WENDY MEDURA KRINCEK, ESQ.
HATFIELD & ASSOCIATES, LTD.             KAITLYN M. BURKE, ESQ.
                                        LITTLER MENDELSON, P.C.
Attorney for Plaintiff
TOD FARMER                              Attorneys for Defendant
                                        ARUZE GAMING AMERICA, INC.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 29th day of May, 2018.

Firmwide:154534638.1 066647.1011

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.